**Opinion issued December 31, 2025**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-25-01045-CV**

———————————

**IN RE CHRISTINA D. HAMPTON, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator Christina D. Hampton has filed a petition for writ of mandamus seeking an order directing the trial court to rule on her Third Amended and Renewed Application for Temporary Injunction.[1]

---

[1] The underlying case is *Christina D. Hampton v. Gordon Wayne Hampton*, cause number 533382-401, pending in the Probate Court No. 5 of Harris County, Texas, the Honorable Fransheneka (Fran) Watson presiding.

We deny mandamus relief. *See* Tex. R. App. P. 52.8(a). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.